

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00019-CV

IN RE: THE COMMITMENT OF GREGORY A. JONES

§ On Appeal from the 89th District Court

§ of Wichita County (185,786-C)

§ February 3, 2022

§ Opinion by Justice Wallach

§ Dissent by Chief Justice Sudderth

## JUDGMENT ON EN BANC RECONSIDERATION

We withdraw our May 6, 2021 opinion and judgment and substitute this opinion on en banc reconsideration. This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach